IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LARRY EDWARD WOLFRUM                                                                          PLAINTIFF

v.                                     CASE NO. 2:21-CV-2137

JAIL ADMINISTRATOR NICK McKITTRICK,
Johnson County Detention Center                                                               DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE and a §1915(g) strike flag is placed on this case.

IT IS SO ADJUDGED this November 9, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE